UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN ANTHONY WHITE p/k/a JACK WHITE and MEGAN MARTHA WHITE p/k/a MEG WHITE, individually and collectively p/k/a the WHITE STRIPES,<br><br>        Plaintiffs,<br><br>    v.<br><br>DONALD JOHN TRUMP, DONALD J. TRUMP FOR PRESIDENT 2024, INC., and MARGO MCATEE MARTIN,<br><br>        Defendants. | Case No.: 1:24-cv-06811-MKV<br><br>**AFFIDAVIT OF SERVICE ON DEFENDANT MARGO M. MARTIN** |

**AFFIDAVIT OF SERVICE**

I, Robert A. Jacobs, hereby declare as follows:

1.  I am an attorney duly licensed to practice law in the states of New York and California and before this Court. I am over the age of 18 years and am not a party to above-referenced action.

2.  On September 13, 2024, attorney Stanley E. Woodward, Jr., Esq. confirmed to me that he represents Defendant Margo McAtee Martin, and is authorized to accept service of process on her behalf, in connection with this action.

3.  On October 15, 2024, pursuant to Rule 4(e)(2)(C) of the Federal Rules of Civil Procedure, I served Defendant Martin by delivering to Mr. Woodward – at his offices, Brand Woodward Law, 400 5th Street, NW, Suite 350, Washington, D.C. 20001, and via the email address through which he corresponded with me – true copies of the Complaint filed by Plaintiffs and the Summons to Ms. Martin issued by the Court in this action on September 9 and 11, 2024, respectively.

//

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 18th day of October, 2024.

By: _____
Robert A. Jacobs