UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN ANTHONY WHITE p/k/a JACK WHITE and MEGAN MARTHA WHITE p/k/a MEG WHITE, individually and collectively p/k/a the WHITE STRIPES,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD JOHN TRUMP, DONALD J. TRUMP FOR PRESIDENT 2024, INC., and MARGO MCATEE MARTIN,<br><br>Defendants. | Case No.: 1:24-cv-06811-MKV |

## <u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs John Anthony White and Megan Martha, individually and collectively p/k/a the White Stripes, hereby dismiss without prejudice all claims against Defendants Donald John Trump, Donald J. Trump for President 2024, Inc., and Margo McAtee Martin.

Dated:  New York, New York
          November 10, 2024

MANATT, PHELPS & PHILLIPS, LLP

/s/ Robert A. Jacobs
Robert A. Jacobs
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 790-4500
Facsimile: (212) 790-4545
Email: RJacobs@manatt.com

*Attorneys for Plaintiffs*