AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| **DOCKET NO.** 24cv6811   **DATE FILED** 9/9/2024 | United States District Court, Southern District Of New York, Daniel Patrick Moynihan<br>500 Pearl St. Courthouse, Manhattan, New York 10007 |
| **PLAINTIFF**<br>JOHN ANTHONY WHITE p/k/a JACK WHITE & MEGAN MARTHA WHITE p/k/a MEG WHITE, individually and collectively p/k/a the WHITE STRIPES | **DEFENDANT**<br>DONALD JOHN TRUMP, DONALD J. TRUMP FOR PRESIDENT 2024, INC., and MARGO MCATEE MARTIN |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | PA0001222338 | Seven Nation Army | Jack White |
| 2 | SR0000350980 | Seven Nation Army | Jack White; Megan White |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED Notice of Voluntary Dismissal<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Tammi M Hellwig | /s/N. Dulal | 7/17/2025 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN ANTHONY WHITE p/k/a JACK WHITE and MEGAN MARTHA WHITE p/k/a MEG WHITE, individually and collectively p/k/a the WHITE STRIPES,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD JOHN TRUMP, DONALD J. TRUMP FOR PRESIDENT 2024, INC., and MARGO MCATEE MARTIN,<br><br>Defendants. | Case No.: 1:24-cv-06811-MKV |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs John Anthony White and Megan Martha, individually and collectively p/k/a the White Stripes, hereby dismiss without prejudice all claims against Defendants Donald John Trump, Donald J. Trump for President 2024, Inc., and Margo McAtee Martin.

Dated: New York, New York
       November 10, 2024

MANATT, PHELPS & PHILLIPS, LLP

/s/ Robert A. Jacobs
Robert A. Jacobs
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 790-4500
Facsimile: (212) 790-4545
Email: RJacobs@manatt.com

*Attorneys for Plaintiffs*